**MARTIN & BONTRAGER, APC**
G. Thomas Martin, III (SBN 218456)
Nicholas J. Bontrager (SBN 252114)
4605 Lankershim Blvd., Ste. 535
Toluca Lake, CA 91602
T: (323) 940-1700
F: (323) 238-8095
Tom@mblawapc.com
Nick@mblawapc.com
Attorneys for Plaintiff
BROOKE FORMATI,

# UNITED STATES DISTRICT COURT

# EATERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BROOKE FORMATI,<br><br>                  Plaintiff,<br><br>        vs.<br><br><br>CAPITAL ONE BANK (USA), N.A.,<br><br><br>                  Defendant(s), | Case No.: 2:20-cv-02499-TLN-JDP<br><br>**NOTICE OF SETTLEMENT** |

## <u>NOTICE OF SETTLEMENT</u>

NOW COMES Plaintiff, BROOKE FORMATI, by and through the undersigned counsel, and hereby notifies this Honorable Court that the parties have reached an agreement to settle the instant matter in its entirety. The parties, through

- 1 -

counsel, are working cooperatively to consummate the settlement as expeditiously as possible and Plaintiff anticipates filing a *Fed. R. Civ. P. 41* stipulation of dismissal, with prejudice, within sixty (60) days.

RESPECTFULLY SUBMITTED,

Dated: January 19, 2021          **MARTIN & BONTRAGER, APC**

By: /s/ Nicholas J. Bontrager,

Nicholas J. Bontrager,
*Attorney for Plaintiff*

- 2 -

NOTICE OF SETTLEMENT

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 19th day of January, 2021, I electronically filed the foregoing with the Clerk of the Court using the *CM/ECF*. The Notice of Settlement has been served on Defendants counsel of record by way of the *CM/ECF*.


By: /s/ Nicholas J. Bontrager,
Nicholas J. Bontrager,, Esq.

NOTICE OF SETTLEMENT